# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TIMOTHY SPICER

NO. 2019 KW 1396

JAN 1 6 2020

In Re:    Timothy Spicer, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          276533.

BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.

   WRIT DENIED.

                              JMM
                              MRT
                              WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
         FOR THE COURT